# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Joseph Baxa, Case No. Civil 00-2459 DSD/JGL

v. **JUDGMENT IN A CIVIL CASE**

Timothy O'Dell, Warden

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Petitioner's application for habeas corpus relief under 28 U.S.C. 2241 is dismissed without prejudice.

DATE: January 29, 2001

FRANCIS E. DOSAL, CLERK

Julie Rustad, Deputy Clerk

7